THE STATE BANK OF PIKE, Respondent, *v.* GEORGE M. BROWN et al., Appellants.

*State Bank of Pike* v. *Brown,* 96 App. Div. 441, affirmed.
(Argued January 17, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 20, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*A. J. Hastings* for appellants.

*Greenleaf S. Van Gorder* and *Elijah W. Holt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.